

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-18-00345-CV

———————————————————

IN RE GERALD ANTHONY WRIGHT, Relator

Original Proceeding
Trial Court No. 0272196D

Before BIRDWELL, J.; SUDDERTH, C.J.; and MEIER, J.
Per Curiam Memorandom Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: October 30, 2018